RICHARD J. CULLEN, Respondent, *v.* BATTLE ISLAND PAPER COMPANY, Appellant.

*Cullen* v. *Battle Island Paper Co.,* 138 App. Div. 915, affirmed.
(Argued October 25, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 20, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on an alleged contract.

*Irving G. Hubbs* for appellant.

*John N. Carlisle* and *Frederick G. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.